Garfield William Andrews, plaintiff in error, v. The Sanitary District of Chicago and T. J. Forschner Contracting Company, defendants in error. Gen. No. 37,835.

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

McKenna, Harris & Schneider, for plaintiff in error; Abraham W. Brussell, of counsel. Elmer J. Whitty, Edward A. McCarthy and Thomas F. Donovan, for defendant in error Sanitary Dist. of Chicago. Burke, Jackson & Burke and Pomeroy & Martin, for defendant in error T. J. Forschner Contracting Co.

Mr. Justice Hebel delivered the opinion of the court.

John J. Ward, appellee, v. Bunker Hill Country Club, appellant. Gen. No. 37,961.

Opinion filed November 20, 1935.

John O. Wagner, for appellant. Ward, Rabold & Mabroy, for appellee; Edward McTiernan, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

James Tozzi, trading as James Tozzi and Company, appellant, v. August Stoerk, Inc., appellee. Gen. No. 38,012.

Opinion filed November 20, 1935.

Ela, Grover & March, for appellant; Lyle H. Rossiter, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Albert Kagan, appellee, v. London Guarantee and Accident Company, Ltd., appellant. Gen. No. 38,086.

Opinion filed November 20, 1935.

John E. Wilson, for appellant. Cohen & Berke, for appellee; Mayer Goldberg and Harold R. Gordon, of counsel.

Mr. Justice Hebel delivered the opinion of the court.